UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BP LUBRICANTS USA, INC., a Delaware corporation, formerly known as CASTROL NORTH AMERICA, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>PRO-FORMANCE LUBE CENTER, INC., an Idaho corporation; MANGUS, LLC, an Idaho limited liability company; and DAVID STEWART and TERESA STEWART, individually and as a marital community,<br><br>                Defendants. | NO: CV-10-388-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion to Dismiss without Prejudice, ECF No. 33.  The parties request an order dismissing the case without prejudice, pursuant to Fed. R. Civ. P. 41(a)(ii).  The parties also request a 60-day period of time to perfect the settlement.  If neither party moves to vacate the dismissal within the 60 days, the parties request that the order be amended to

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

dismiss with prejudice.  Having reviewed the motion and file and pleadings therein, the Court finds good cause to grant the motion.

Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal without Prejudice, **ECF No. 33,** is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are **dismissed without prejudice** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

4. If neither party seeks to vacate the dismissal within sixty days, the order will be amended to dismiss **with** prejudice.  The clerk shall set a 60 day case management deadline.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 6th day of February 2012.

                                       *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                       Chief United States District Court Judge